## PALMER vs. BROWN.

The court will not reverse a judgment where nothing is returned on appeal except the pleadings and judgment of the court below, and these are regular and sufficient. The case of *Gonzales* v. *Huntley & Forsyth*, (*ante, p.* 32,) approved.

APPEAL from a judgment of the court of First Instance of the district of San Francisco. The facts of the case, so far as they are important, are the same as the facts in the case of *Gonzales* v. *Huntley & Forsyth*, (*ante, p.* 32.) The cause was argued in this court by

*John Satterlee*, for the plaintiff.

*J. B. Hart*, for the defendant.

*By the Court.* This case is not distinguishable from *Gonzales* v. *Huntley & Forsyth.* The judgment is, therefore, affirmed.